# Hawkins Lumber Co, v. Stoner & Co. *et al.*

APPEAL from Birmingham City Court.

Tried before the Hon. Wm. W. Wilkerson.

J. H. MILLER, for appellant.

E. J. SMYER, *contra*.

This was an action by the appellants against the appellees, for goods wares and merchandise sold and delivered, and for the enforcement of a mechanics lien. There was judgment for the plaintiffs for one dollar and eighty-eight cents, from which they appealed. Affirmed.

Opinion by HEAD, J.